NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
KURT W. MELCHIOR (SBN 027677)
ROBERT J. SULLIVAN (SBN 040577)
PAUL A. HEMESATH (SBN 220467)
50 California Street, 34th Floor
San Francisco, California 94111-4799
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSHIN ADIBI; INTERNATIONAL PHARMACEUTICAL SERVICES, <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA STATE BOARD OF PHARMACY; PATRICIA HARRIS, as Executive Director, California State Board of Pharmacy, <br><br> Defendants. | Civil Action No: C05 0605 EMC <br><br> **STIPULATION FOR CONTINUANCE OF HEARING AND CASE MANAGEMENT CONFERENCE, AND ORDER THEREON** <br><br> Date Action Filed: February 5, 2005 <br> Trial Date: Not Set |

Due to scheduling conflicts, counsel for Plaintiffs is not available on the June 29, 2005—the date of the currently scheduled hearing concerning Defendants' pending Motion to Dismiss, and Case Management Conference. Both parties have agreed to cooperate in setting a mutually agreeable time and stipulate that the hearing and Case Management Conference should be continued.

adbistip.doc

Case No.

COMPLAINT

1     The parties have checked their respective calendars and find that, if satisfactory to the Court, a
2 hearing on July 27, 2005, would work for them.

3     IT IS SO STIPULATED.

4 Dated: June  8  , 2005     NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

5     By: /s/ Kurt W. Melchior
            Kurt W. Melchior

7     Attorneys for Plaintiffs

8 Dated: June  8  , 2005     DEPUTY ATTORNEY GENERAL

10     By: [signature]
        Maretta Ward

11     Attorneys for Defendants

### ORDER

IT IS ORDERED that the hearing and Case Management Conference date of June 29, 2003 is vacated and this matter is set for hearing, with Case Management Conference, before this Court on July 27, 2005 at 3:00p.m. The opposition brief shall be filed by June 29, 2005. The reply brief shall be filed by July 6, 2005.

Dated: June  9  , 2005     By: _____

    Edward M. Chen
    United States Magistrate

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]

Case No.     -1-    adbistip.doc
COMPLAINT