UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSHIN ADIBI, *et al.*, | No. C-05-0605 EMC |
| Plaintiffs, | |
| v. | **ORDER RE BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| CALIFORNIA STATE BOARD OF PHARMACY, *et al.*, | **(Docket No. 8)** |
| Defendants. | |

Defendants have filed an amended notice, setting their motion to dismiss for hearing on September 28, 2005. *See* Docket No. 24. Defendants have already filed their opening brief and Plaintiffs their opposition. The Court hereby orders that Defendants file their reply brief by September 7, 2005.

IT IS SO ORDERED.

Dated: August 15, 2005

_____
EDWARD M. CHEN
United States Magistrate Judge