BILL LOCKYER
Attorney General of the State of California
MARETTA D. WARD
Deputy Attorney General
State Bar No. 176470
   455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
   Telephone: (415) 703-1384
   Fax: (415) 703-5480
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AFSHIN ADIBI; INTERNATIONAL PHARMACEUTICAL SERVICES,<br><br>                                   Plaintiff,<br><br>v.<br><br>CALIFORNIA STATE BOARD OF PHARMACY; PATRICIA HARRIS, as Executive Director, California State Board of Pharmacy,<br><br>                                  Defendant. | C 05 0605 EMC<br><br>**REVISED BRIEFING SCHEDULE ON MOTION FOR SUMMARY JUDGMENT** ; ORDER |

      The parties to the action have agreed on the following Revised Briefing Schedule for the Cross Motion for Summary Judgment: Hearing Date of September 13, 2006 at 3:00 p.m. Opening Briefs are due by July 14, 2006. Opposing Briefs are due by August 11, 2006. Reply Briefs are due by September 1, 2006.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Dated: June 9, 2006

Respectfully submitted,

BILL LOCKYER
Attorney General of the State of California

MARETTA D. WARD
Deputy Attorney General

Attorneys for Defendants

IT IS SO ORDERED:

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

Edward M. Chen
U.S. Magistrate Judge

---

Adibi v. Board of Pharmacy     C050605 EMC     Revised Briefing Schedule on MSJ

2