1  NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
   KURT W. MELCHIOR (SBN 027677)
2  ROBERT J. SULLIVAN (SBN 040577)
   PAUL A. HEMESATH (SBN 220467)
3  50 California Street, 34th Floor
   San Francisco, California 94111-4799
4  Telephone: (415) 398-3600
   Facsimile: (415) 398-2438
5
   Attorneys for Plaintiffs
6

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA


| AFSHIN ADIBI; INTERNATIONAL PHARMACEUTICAL SERVICES, | ) ) | Civil Action No: 3:05-CV-00605-EMC |
|---|---|---|
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | **STIPULATION FOR EXTENSION OF DUE DATE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT, AND ORDER THEREON** |
| CALIFORNIA STATE BOARD OF PHARMACY; PATRICIA HARRIS, as Executive Director, California State Board of Pharmacy, | ) ) ) ) | |
| Defendants. | ) ) ) | Date Action Filed: February 5, 2005 Trial Date: Not Set |

Due to an unexpected conflict in the Eastern District, counsel for Plaintiffs request an extension to file its brief in support of summary judgment; instead of Friday, **July 14**, 2006, Plaintiffs request the brief be due on Monday, **July 17**, 2006. Plaintiffs' counsel believes the delay to be minor, considering that (a) it will not change any of the other existing due dates, as ordered by the Court, (b) the delay is minimal and will occur largely over a weekend, (c) opposing counsel has agreed to stipulate to the above extension and (d) opposing counsel may, if it so chooses, avail itself of the same extension.

Case No. 3:05-CV-00605-EMC                                                                96727_1.DOC
STIPULATION FOR EXTENSION OF DUE DATE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT, AND ORDER THEREON

1 | Accordingly, both parties stipulate to move the due date of briefs in support of summary
2 | judgment to July 17, 2006.
3 |     IT IS SO STIPULATED.
4 | Dated: July 13, 2006      NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By: /s/ Paul A. Hemesath
      Paul A. Hemesath

Attorneys For Plaintiffs

Dated: July 12, 2006      DEPUTY ATTORNEY GENERAL

By: (see attached signature page)
      Maretta Ward

Attorneys for Defendants

### ORDER

IT IS ORDERED that the briefs in support of summary judgment be filed no later than July 17, 2006.

Dated: July___, 2006      By:_____

_____
Edward M. Chen
United States Magistrate Judge

Case No. 3:05-CV-00605-EMC      96727_1.DOC
STIPULATION FOR EXTENSION OF DUE DATE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT, AND ORDER THEREON

Case 3:05-cv-00605-EMC   Document 57   Filed 07/14/06   Page 3 of 3
JUL 12 2006 WED 03:11 PM   ATTORNEY GENERAL        FAX No. 4157035616              P. 002
Case 3:05-cv-00605-EMC   Document 56-2   Filed 07/13/2006   Page 2 of 2

1. Accordingly, both parties stipulate to move the due date of briefs in support of summary
2. judgment to July 17, 2006.
3.     IT IS SO STIPULATED.
4. Dated: July___, 2006          NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP

By:_____
    Paul A. Hemesath

Attorneys For Plaintiffs

Dated: July 12, 2006          DEPUTY ATTORNEY GENERAL

By:_____
    Maretta Ward

Attorneys for Defendants

### ORDER

IT IS ORDERED that the briefs in support of summary judgment be filed no later than July 17, 2006.

Dated: July 14, 2006

_____
Edward M. Chen
United States Magistrate Judge

Case No. C05 0605 EMC                                                                 96727_1.DOC
STIPULATION FOR EXTENSION OF DUE DATE OF CROSS-MOTIONS FOR SUMMARY JUDGMENT, AND ORDER THEREON