**United States District Court**

For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   AFSHIN ADIBI, *et al.*,                        No. C-05-0605 EMC
9              Plaintiffs,
10         v.                              **ORDER GRANTING DEFENDANTS'
                                           REQUEST FOR EXTENSION OF TIME**
11  CALIFORNIA STATE BOARD OF
    PHARMACY, *et al.*,                    **(Docket No. 83)**
12
             Defendants.
13
    _____/
14

15

16         Defendants have asked for an extension of time to provide information as ordered by the
17  Court at the hearing on the parties' cross-motions for summary judgment.  Plaintiffs have filed a
18  statement of nonopposition to the request.  Accordingly, the Court hereby **GRANTS** the request for
19  an extension of time.  Defendants shall have until September 29, 2006, to provide the information.
20  Plaintiffs shall have five days to respond.

21

22         IT IS SO ORDERED.

23

24  Dated:  September 18, 2006

25                                         _____
                                           EDWARD M. CHEN
26                                         United States Magistrate Judge

27

28